1  Jeff S. Westerman (SBN 94559)
   Email: jwesterman@jswlegal.com
2  Ken A. Remson (SBN 153850)
3  Email: kremson@jswlegal.com
4  **WESTERMAN LAW CORPORATION**
   1875 Century Park East, Suite 2200
5  Los Angeles, CA 90067
6  Telephone: 310.698.7880

7  [*Additional counsel listed on signature page*]

8
   *Attorneys for Plaintiffs*
9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12                  **WESTERN DIVISION**

13  MARK BAKER, CORNERSTONE
14  GROWTH, LP, DENNIS RYAN,              Case No:
    CAROLE RYAN, LEONA POMROY,
15  and all others similarly situated,    **NOTICE OF RELATED CASES**

16                 Plaintiffs,

17          vs.

18  Comerica Bank,

19                 Defendant.

20

21

22

23

24

25

26

27

28

                              1

1   TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83-1.3.1, Plaintiffs

3   Mark Baker, Cornerstone Growth, LP, Dennis Ryan, Carole Ryan, and Leona

4   Pomroy, hereby give notice of the related case:

5

6        1) ***In re Woodbridge Investments Litigation***, No. 2:18-cv-00103-DMG-KS

7           (C.D. Cal. filed Jan. 4, 2018).[1]

8

9   **<u>Factual Statement</u>**

10       The above-listed action and this action (1) arise from the same or a closely

11  related transaction, happening, or event, and (2) call for determination of the same or

12  substantially similar questions of law and fact.  This action and those listed above

13  involve substantial factual overlap relating to a large investment fraud allegedly

14  perpetrated by real estate developer Robert H. Shapiro and his Woodbridge group of

15  companies.  The present action, filed April 26, 2018, is brought by Plaintiffs in

16  Florida, Nevada, and Colorado who invested in Woodbridge, and asserts class action

17  claims against Comerica for aiding and abetting fraud, aiding and abetting breach of

18  fiduciary duty, and negligence. The four consolidated cases that comprise *In re*

19  *Woodbridge Investments Litigation* asserted class action claims for aiding and abetting

20  fraud, aiding and abetting breach of fiduciary duty, negligence, gross negligence,

21  unjust enrichment, and violations of the Unfair Competition Law, Cal. Bus. & Prof.

22  Code § 17200 *et seq.*, on behalf of investors in California, North Carolina, South

23  Carolina, Florida, Pennsylvania, Tennessee, and Nevada.  The Court has ordered the

24  _____

25  [1] On April 4, 2018, this Court consolidated the following four related actions that were
    pending in the Central District of California: (1) *Jay Beynon Family Trust DTD*
26  *10/23/1998, v. Comerica Bank*, No. 18-cv-103 (C.D. Cal.); (2) *Prince v. Comerica*
    *Bank*, No. 18-cv-430 (C.D. Cal.); (3) *Landman v. Comerica Bank*, 18-cv-471(C.D.
27  Cal.); (4) *Gordon v. Comerica Bank*, No. 18-cv-1298 (C.D. Cal.). The consolidated
28  action was restyled as *In re Woodbridge Investments Litigation*.  [*See id*, D.E. 39]

---

**Footer Title** OF RELATED CASES

1  plaintiffs in the consolidated matter to file a consolidated complaint by June 28, 2018.

2  See In re Woodbridge Investments Litigation, [D.E. 42].

3                                      Respectfully submitted,

4  Dated: April 26, 2018              By: /s/ Jeff S. Westerman
                                       Jeff S. Westerman (SBN 94559)
5                                      Ken A. Remson (SBN 153850)
6                                      **WESTERMAN LAW CORPORATION**
                                       1875 Century Park East, Suite 2200
7                                      Los Angeles, CA 90067
                                       Tel: 310.698.7880
8                                      Email: jwesterman@jswlegal.com
9                                      Email: kremson@jswlegal.com

10
11                                     **KOZYAK TROPIN & THROCKMORTON LLP**
                                       (*pro hac vice* forthcoming)
12                                     Harley S. Tropin, Esq.
                                       Florida Bar No. 241253
13                                     hst@kttlaw.com
14                                     Gail A. McQuilkin, Esq.
                                       Florida Bar No. 969338
15                                     gam@kttlaw.com
16                                     Rachel Sullivan, Esq.
                                       Florida Bar No. 815640
17                                     rs@kttlaw.com
18                                     Robert J. Neary, Esq.
                                       Florida Bar No. 81712
19                                     rn@kttlaw.com
20                                     2525 Ponce de Leon Blvd., 9th Floor
                                       Coral Gables, Florida 33134
21                                     Telephone:  (305) 372-1800
22                                     Facsimile:   (305) 372-3508
23
24                                     **HARKE CLASBY & BUSHMAN LLP**
                                       (*pro hac vice* forthcoming)
25                                     Lance A. Harke, Esq.
                                       Florida Bar No. 863599
26                                     lharke@harkeclasby.com
27                                     Barbara Lewis, Esq.
                                       Florida Bar No. 118114
28                                     blewis@harkeclasby.com

---

NOTICE OF RELATED CASES

Daniel Tropin, Esq.
Florida Bar No. 0100424
dtropin@harkeclasby.com
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone:   (305) 536-8220
Facsimile:    (305) 536-8229

**SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, PA**
(*pro hac vice* forthcoming)
Jack Scarola, Esq.
Florida Bar No. 169440
jsx@searcylaw.com
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Telephone:  (561) 686-6300

1126410

NOTICE OF RELATED CASES